UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

**Case No.** **CV 26-5443-MWF(SKx)**                    **Date:  June 18, 2026**

**Title:**   ***Epifanio Tapias v. Poliform USA, Inc., et al.***

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION WITHOUT PREJUDICE

On May 20, 2026, Plaintiff Epifanio Tapias commenced this action against Defendants Poliform USA, Inc. ("Poliform") and Beverly-Poli Holdings, LLC ("Beverly-Poli").  (Complaint (Docket No. 1)).

On May 21, 2026, the Court issued a Notice to Parties Re ADA Disability Access Litigation/Application for Stay and Early Mediation (the "ADA Notice"). (Docket No. 9).  That same day, the Court issued a Minute Order Re Prosecution of Certain Cases Under the Americans with Disabilities Act (the "Order").  (Docket No. 10).  The ADA Notice includes the directive that Plaintiff is to serve the ADA Notice on Defendant(s) at the same time the summons and complaint are served, if possible. (ADA Notice, at 1).  The Order includes that the "Proofs of Service **must** include service of the Notice to Parties; ADA Disability Access Litigation."  (Order, at 1-2).

On May 27, 2026, Plaintiff filed a Proof of Service as to Defendant Poliform (the "Poliform POS") reflecting personal service on May 22, 2026.  (Docket No. 12). On June 4, 2026, Plaintiff filed a Proof of Service as to Defendant Beverly-Poli (the "Beverly-Poli POS") reflecting personal service on June 2, 2026.

Both the Poliform POS and the Beverly-Poli POS state that the Summons, Complaint, Civil Case Cover Sheet, Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Notice to Parties of Court-directed

---

**CIVIL MINUTES—GENERAL**                                                                 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **CV 26-5443-MWF(SKx)**     **Date: June 18, 2026**

**Title:** ***Epifanio Tapias v. Poliform USA, Inc., et al.***

ADR Program, and Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge were served. The ADA Notice was not served.

On June 9, 2026, the parties filed a Joint Stipulation to Extend Time to Respond to Initial Complaint (the "Stipulation"). (Docket No. 16). The Stipulation does not does not include any statement regarding the ADA Notice.

It is well-established that a district court has authority to dismiss a plaintiff's action due to her failure to prosecute and/or to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629–30 (1962) (noting that district court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and avoid congestion in district court calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (stating that district court may dismiss action for failure to comply with any order of the court).

Before ordering dismissal, the Court must consider five factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to Defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions. *See In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994) (failure to prosecute); *Ferdik*, 963 F.2d at 1260–61 (failure to comply with court orders).

Taking all of these factors into account, dismissal for lack of prosecution is warranted. Plaintiff was specifically warned that proof of service must include service of the ADA Notice, and that failure to comply with the Order will result in dismissal without prejudice.

Accordingly, this action is **DISMISSED** ***without prejudice***.

IT IS SO ORDERED.